People v McDeid (2025 NY Slip Op 01490)

People v Mcdeid

2025 NY Slip Op 01490

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

141 KA 23-02006

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JASON MCDEID, DEFENDANT-APPELLANT. 

ADAM H. VAN BUSKIRK, AUBURN, FOR DEFENDANT-APPELLANT. 
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 26, 2023. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court